ber 23, 1904.) Action by Carrow Harris against the Metropolitan Street Railway Company. No opinion. Order affirmed, with costs.

HARTZELL v. NEW BRITAIN KNITTING CO. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Action by Elmer E. Hartzell against the New Britain Knitting Co. No opinion. Motion denied, with $10 costs.

In re HATCH'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) In the matter of the disposition of the real estate of Elam A. Hatch, deceased. No opinion. Motion for a modification of the order heretofore entered by this court herein denied.

HAVERLY CO., Respondent, v. MANKEVILLE et al., Appellants. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by the Haverly Company against William E. Mankeville and others. J. Canter, for appellants. S. F. Kneeland, for respondent. No opinion. Judgment affirmed, with costs.

H. B. SCHARMANN & SONS, Respondents, v. DACKS et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by H. B. Scharmann & Sons against Fanny M. Dacks and Morris Dacks.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

HIRSCHBERG, P. J., dissents.

HEINE SAFETY BOILER CO., Respondent, v. WILLIAMS et al., Appellants. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by Heine Safety Boiler Company against John Williams and others. P. M. Bielt, for appellants. G. W. Wingate, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HELD v. AUERBACH. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by Henry Held against Mayer S. Auerbach. No opinion. Motion denied.

HELLER, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Heinrich Heller, as administrator, etc., of George Heller, deceased, against the New York & Queens County Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

HELMAN v. MICHELSON et al. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by Bertha Helman against Sarah Michelson and others. No opinion. Upon payment of $20 costs, motion denied, and leave given to appellant to apply to the court below to open default.

HERLIN, Respondent, v. JOHN W. MASURY & SON, Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Margaret Herlin, as administratrix, etc., against John W. Masury & Son. No opinion. Order affirmed, with $10 costs and disbursements.

HERRMANN, Appellant, v. HERRMANN, Respondent. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Carlotta Herrmann against George Herrmann. No opinion. Motion denied, without costs.

In re HEWITT. (Supreme Court, Appellate Division, First Department. November 25, 1904.) In the matter of Abram S. Hewitt, deceased. G. M. Judd, for appellant. H. B. Closson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HICKOK, Respondent, v. BUNTING et al., Appellants. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by Gerardine H. Hickok against Elizabeth M. Bunting and others. T. McIlvaine, for appellants. A. B. Cruikshank, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HILLS BROS. CO., Appellant, v. LANZA, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by the Hills Bros. Company against Pietro Lanza. No opinion. Order affirmed, with costs.

HOARD, Respondent, v. DWYER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by Charles Hoard against William Dwyer.

PER CURIAM. Judgment affirmed, with costs.

HISCOCK, J., dissents.

HOARD, Respondent, v. DWYER, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by Charles Hoard against William Dwyer. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied.

HODGSKIN, Respondent, v. PENTLARGE, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by T. Ellett Hodgskin, as trustee, etc., against Frank Pentlarge, impleaded, etc. No opinion. Motion denied, without costs.

HOEHN, Appellant, v. LAUTZ, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Action by Theresa Hoehn, as administratrix, etc., against Fred C. M. Lautz. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

HOFFMAN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by Katie Hoff-